**BRYAN CAVE LLP**
Adam J. Thurston, California Bar No. 162636
Paul A. Levin, California Bar No. 229077
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:     (310) 576-2200
e-mail:    ajthurston@bryancave.com
           paul.levin@bryancave.com

Attorneys For Defendant
TOYS "R" US, d/b/a BABIES "R" US

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYS "R" US, d/b/a BABIES "R" US,<br><br>Defendant. | Case No. C 05 5042 JW<br><br>**STIPULATION EXTENDING TIME AND [PROPOSED] ORDER** |

The undersigned, counsel for all parties in this action, hereby agree and stipulate that the date by which defendant Toys "R" Us, Inc., d/b/a Babies "R" Us shall answer the Summons and Complaint in this action shall be and is hereby extended to and including Wednesday, January 18, 2006.

San Francisco, California
Dated: January 3, 2006

**HELLER EHRMAN LLP**

By:    s/Annette Hurst
    Annette Hurst (Bar No. 148738)
    333 Bush Street
    San Francisco, CA 94104
    (415) 772-6000
    *Attorneys for Plaintiffs*
**This document has been signed on behalf of Annette Hurst of Heller Ehrman LLP at her request**

Santa Monica, California
Dated: January 3, 2006

**BRYAN CAVE LLP**

By:    /s/
    Paul A. Levin (Bar No. 229077)
    120 Broadway
    Santa Monica, CA 90401-2382
    (310) 576-2200
    *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED AS STIPULATED.

DATED: 01/5/06

/s/ James Ware
United States District Judge

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386