**BRYAN CAVE LLP**
Adam J. Thurston, California Bar No. 162636
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200
e-mail:   ajthurston@bryancave.com

Attorneys For Defendant
TOYS "R" US, d/b/a BABIES "R" US

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, and THE GYMBOREE CORPORATION,<br><br>        Plaintiffs,<br><br>   vs.<br><br>TOYS "R" US, d/b/a BABIES "R" US,<br><br>        Defendant. | Case No. C 05 5042  JW<br><br>**SIXTH AMENDED STIPULATION EXTENDING TIME  and ORDER** |

   WHEREAS, the parties in this action have been engaged in settlement discussions and have exchanged documents in furtherance of such discussions; and

   WHEREAS, the parties wish to continue their settlement discussions and the exchange of certain information;

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, counsel for all parties in this action, that the date by which defendant Toys "R" Us, Inc., d/b/a

///
///
///
///
///
///
///

1  Babies "R" Us shall answer the Summons and Complaint in this action shall be and is hereby
2  extended to and including Thursday, August 10, 2006.
3
4  San Francisco, California                                  Santa Monica, California
   Dated: July 31, 2006                                       Dated: July 31, 2006
5
6  **HELLER EHRMAN LLP**                                      **BRYAN CAVE LLP**

7  By:  ___/s/  Annette Hurst___                              By: ___/s/  Adam J. Thurston___
       Annette Hurst (Bar No. 148738)                             Adam J. Thurston (Bar No. 162636)
8      333 Bush Street                                            120 Broadway
       San Francisco, CA 94104                                    Santa Monica, CA 90401-2382
9      (415) 772-6000                                             (310) 576-2200
       *Attorneys for Plaintiffs*                                 *Attorneys for Defendant*
10         <u>*This document has been signed on behalf of*</u>
           <u>*Annette Hurst at her request*</u>
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

2
C047673/0196413/1331694.1RSDOCS1\1331694.1