1  **BRYAN CAVE LLP**
   Adam J. Thurston, California Bar No. 162636
2  120 Broadway, Suite 300
   Santa Monica, California 90401-2386
3  Telephone:    (310) 576-2100
   Facsimile:    (310) 576-2200
4  e-mail:   ajthurston@bryancave.com

5
   Attorneys For Defendant
6  TOYS "R" US, d/b/a BABIES "R" US

*APPROVED — Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, and THE GYMBOREE CORPORATION, | Case No. C 05 5042 JW |
| Plaintiffs, | **EIGHTH AMENDED STIPULATION EXTENDING TIME** |
| vs. | |
| TOYS "R" US, d/b/a BABIES "R" US, | |
| Defendant. | |

   WHEREAS, the parties in this action have been engaged in settlement discussions and have exchanged documents in furtherance of such discussions; and

   WHEREAS, the parties wish to continue their settlement discussions and the exchange of certain information;

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, counsel for all parties in this action, that the date by which defendant Toys "R" Us, Inc., d/b/a

///
///
///
///
///
///
///

C047673/0196413/1333864.1RSDOCS1\1333864.1

EIGHTH AMENDED STIPULATION
EXTENDING TIME

1  Babies "R" Us shall answer the Summons and Complaint in this action shall be and is hereby
2  extended to and including Tuesday, August 15, 2006.

4  San Francisco, California                    Santa Monica, California
   Dated: August 10, 2006                       Dated: August 10, 2006

6  **HELLER EHRMAN LLP**                        **BRYAN CAVE LLP**

7  By:  /s/ Annette Hurst                       By:  /s/ Adam Thurston
        Annette Hurst (Bar No. 148738)                Adam Thurston (Bar No. 162636)
8       333 Bush Street                               120 Broadway
        San Francisco, CA 94104                       Santa Monica, CA 90401-2382
9       (415) 772-6000                                (310) 576-2200
        *Attorneys for Plaintiffs*                    *Attorneys for Defendant*
10          <u>*This document has been signed on behalf of*</u>
            <u>*Annette Hurst at her request*</u>

C047673/0196413/1333864.1RSDOCS1\1333864.1