1  **BRYAN CAVE LLP**
Adam J. Thurston, California Bar No. 162636
2  Christopher L. Dueringer (Bar No. 173746)
120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
4  Facsimile:    (310) 576-2200
e-mail:    ajthurston@bryancave.com
5

6  Attorneys For Defendant
TOYS "R" US, d/b/a BABIES "R" US
7

8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11  GYM-MARK, and THE GYMBOREE           Case No. C 05 5042  JW
    CORPORATION,
12                                        **STIPULATION TO ADJOURN CASE
                  Plaintiffs,              MANGEMENT CONFERENCE AND
13                                         [PROPOSED] ORDER**
                  vs.
14
    TOYS "R" US, d/b/a BABIES "R" US,
15
                  Defendant.
16

17        WHEREAS, the Case Management Conference ("CMC") in this action presently is

18  scheduled for Monday, October 2, 2006;

19        WHEREAS, Monday, October 2, 2006 is the Yom Kippur holiday and counsel have

20  agreed that the CMC should not be held on that date in light of the desire for religious observance;

21  and

22        WHEREAS, Monday, October 9, 2006 is a federal holiday when the Court is closed; and

23        WHEREAS, the Court ordinarily holds Case Management Conferences on Mondays;

24        **THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the

25  undersigned, counsel for all parties in this action, that the parties are available for the CMC on

26  Monday, October 16, 2006 and hereby request that the Court adjourn the CMC in this action from

27  October 2, 2006 to Monday, October 16, 2006.

28

C047673/0196413/1343068.1

STIPULATION
EXTENDING TIME

| | |
|---|---|
| San Francisco, California<br>Dated: September 27, 2006 | Santa Monica, California<br>Dated: September 27, 2006 |
| **HELLER EHRMAN LLP** | **BRYAN CAVE LLP** |
| By: ___/s/ Annette Hurst___<br>   Annette Hurst (Bar No. 148738)<br>   333 Bush Street<br>   San Francisco, CA 94104<br>   (415) 772-6000<br>   *Attorneys for Plaintiffs*<br>      <u>*This document has been signed on behalf of*</u><br>      <u>*Annette Hurst at her request*</u> | By: ___/s/ Christopher L. Dueringer___<br>   Christopher L. Dueringer<br>    (Bar No. 173746)<br>   120 Broadway<br>   Santa Monica, CA 90401-2382<br>   (310) 576-2200<br>   *Attorneys for Defendant* |

**IT IS SO ORDERED:**

Dated: __9/28/06__

   San Francisco, California

_____
UNITED STATES DISTRICT
COURT JUDGE