IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gym-Mark, Inc., et al., | NO. C 05-05042 JW |
|         Plaintiffs,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Toys "R" Us, Inc., d/b/a Babies "R" Us,<br>        Defendant.<br>_____/ | |

Pursuant to the parties' September 25, 2006 Joint Case Management Statement indicating that the parties are in the process of reviewing and discussing draft proposed settlement agreements, the Court CONTINUES the Case Management Conference originally scheduled for October 16, 2006 to **November 6, 2006 at 10 AM**. The parties shall file a supplementary statement by October 27, 2006, describing the status of settlement discussions and any other developments.

Dated: October 10, 2006

                                                                     JAMES WARE<br>
                                                                     United States District Judge

*United States District Court*
*For the Northern District of California*

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam J. Thurston ajthurston@bryancave.com
Annette L. Hurst annette.hurst@hellerehrman.com
Christopher Louis Dueringer cldueringer@bryancave.com
Daniel N. Kassabian daniel.kassabian@hellerehrman.com
Elizabeth Goldberg ejgoldberg@bryancave.com
Erik Wolff Kahn ewkahn@bryancave.com
Paul Andrew Levin paul.levin@bryancave.com

**Dated:  October 10, 2006**                              **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**