IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gym-Mark, Inc., et al., | NO. C 05-05042 JW |
| Plaintiffs,<br>v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Toys "R" Us, Inc., d/b/a Babies "R" Us, | |
| Defendant. | |

The Court conducted a case management conference on November 6, 2006. In light of the discussion with the parties' counsel, the Court sets a settlement and further case management conference on **Wednesday, January 10, 2007, at 9:00 a.m.** The parties shall file a pre-conference statement no later than Friday, December 29, 2006. This conference will be vacated if and when the parties provide the Court with written notice of a settlement.

Dated: November 6, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam J. Thurston ajthurston@bryancave.com
Annette L. Hurst annette.hurst@hellerehrman.com
Christopher Louis Dueringer cldueringer@bryancave.com
Daniel N. Kassabian daniel.kassabian@hellerehrman.com
Elizabeth Goldberg ejgoldberg@bryancave.com
Erik Wolff Kahn ewkahn@bryancave.com
Paul Andrew Levin paul.levin@bryancave.com

**Dated:  November 6, 2006**              **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**